JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,

        Plaintiffs,

    v.

ALERTONE, INC., a California corporation,

        Defendant.

Case No.  CV 12-10505 DMG (AGRx)

**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [28]**

Pursuant to the parties' "Stipulation To Dismiss Action with Prejudice" executed on behalf of all parties to this action, and good cause appearing,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own fees and costs.

DATED:  March 6, 2014

                                    _____

                          DOLLY M. GEE
                          UNITED STATES DISTRICT JUDGE

LA12CV10505DMG_Trustees_Ord re stip 28.doc